IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a/s/o INSTALL, INC. and INSTALL, INC., Individually<br><br>*Plaintiffs,*<br><br>v.<br><br>PISCATAQUA TRANSPORTATION, INC. and GUY M. TURNER, INC.<br>*Defendants.* | CIVIL ACTION – LAW<br><br>DOCKET NO. 4:CV-07-1375<br><br>ASSIGNED TO:<br>JUDGE JOHN E. JONES, III<br><br>ELECTRONICALLY FILED |

## STIPULATION OF COUNSEL TO EXTEND TIME

It is hereby stipulated and agreed by and between Curtis E. Johnston, Esquire counsel for Plaintiffs and Francis J. Deasey, Esquire counsel for Defendant, Guy M. Turner, Inc. that the time within which Defendant, Guy M. Turner, Inc. may respond to Plaintiffs' Complaint is hereby extended 20 days from the date of this Stipulation. No pervious extensions of time have been granted to Defendant, Guy M. Turner, Inc. in connection with this case.

**FORRY, ULLMAN, ULLMAN & FORRY, P.C.**

By: s/Curtis C. Johnston
Curtis C. Johnson, Esquire (Atty. I.D. 64059)
540 Court Street
P.O. Box 542
Reading, PA 19603
610-777-5700 (P)/610-777-2499 (F)
cjohnston@forryullman.com
**DATED: 08/17/07**

**DEASEY, MAHONEY & VALENTINI, LTD.**

By: /s/ Francis J. Deasey
      /s/ Christopher G. Mavros
Francis J. Deasey, Esquire (Atty. I.D. 25699)
Christopher G. Mavros, Esquire (Atty. I.D. 90343)
1601 Market Street, 34th Floor
Philadelphia, PA 19103
215-587-9400 (P)/215-587-9456 (F)
JDEASEY@DMVLAWFIRM.COM
CGMAVROS@DMVLAWFIRM.COM

APPROVED:

s/John E. Jones III          8-20-07
John E. Jones III
U.S. District Judge